No. 1588. EL PUEBLO, APELANTE, *v.* VICEN, HERMANOS, APE-

LADOS.—Infracción de la Ley del Salario Mínimo. Ponce. Noviembre 19, 1920. *Desistida.*